In the Matter of LEO LOUISON, an Attorney, Respondent. BROOKLYN BAR ASSOCIATION, Petitioner.

Beldock, P. J., Christ, Rabin, Benjamin and Munder, JJ., concur.